NUMBERS


                                                13-10-00081-CR 

                                                13-10-00082-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

LEO
BRAY HUDLIN, JR.,                                                              Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                           On
appeal from the 329th District Court 

of Wharton County,
Texas.

____________________________________________________________

 

                                      MEMORANDUM OPINION

 

                          Before
Justices Garza, Vela, and Perkes

                               Memorandum
Opinion Per Curiam

 








Appellant,
Leo Bray Hudlin, Jr., received two convictions for tampering with or
fabricating physical evidence.  On February 22, 2010, appellant filed notices
of appeal.  On December 30, 2010, this Court abated the appeals because of
counsel=s failure to file a brief and ordered
the trial court to determine whether appellant desired to prosecute the appeals. 


 

At
the trial court hearing, appellant signed a document stating that he waives his
right of appeal and abandons his appeal in both cause numbers.  The document is
signed by appellant’s counsel and approved by the trial court judge.

Based
upon the evidence at the hearing that appellant does not want to continue his
appeals, we conclude that good cause exists to suspend the operation of Rule
42.2(a) in these cases.  See Tex.
R. App. P. 2.   Accordingly, we dismiss the appeals.

 

PER
CURIAM

 

Do not publish.  

Tex. R. App.
P. 47.2(b).  

Delivered and filed the

24th day of March, 2011.